# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Miguel Angel Cisneros
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No: 1:22CR02093-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Miguel Angel Cisneros to travel out of the country.

|  |  |
|---|---|
| Respectfully submitted by |  |
| s/Linda J. Leavitt | November 3, 2022 |
| Linda J. Leavitt<br>U.S. Probation Officer | Date |

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_____
Signature of Judicial Officer

_____11/4/2022_____
Date